No. 03–9525.  WHEELER *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 03–9526.  RICKMAN *v.* BELLEQUE, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 03–9527.  ANDERSON *v.* STICKMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–9538.  RASHAD *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 03–9542.  BAZLEY *v.* KNOWLES, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–9543.  AUSTIN *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 03–9556.  GARCIA-GONZALEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–9574.  HARRIS *v.* BRILEY, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 03–9581.  WALKER *v.* HALL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–9593.  WILLIAM V. *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 03–9597.  DEMOPULOS *v.* BATON ROUGE CITY POLICE DEPARTMENT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–9608.  DAVILA *v.* ARMSTRONG ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 03–9615.  JOHNSON *v.* UNKNOWN FEMALE FOOD SERVICE SUPERVISOR AT JOHN LILLEY CORRECTIONAL CENTER ET AL.  Ct. Civ. App. Okla.  Certiorari denied.

No. 03–9626.  BRYAN *v.* KLINE, ATTORNEY GENERAL OF KANSAS, ET AL.  C. A. 10th Cir.  Certiorari denied.